UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEE A. BARNES, #160068, )
              Petitioner, )
) No. 1:17-cv-265
-v- )
) Honorable Paul L. Maloney
MICHIGAN DEPARTMENT OF CORRECTIONS, )
              Respondent. )
)

## JUDGMENT

Lee Barnes's petition for habeas relief has been denied and all pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 28, 2018                                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge